657 S.E.2d 743

**Luther ALEXANDER, Petitioner,**

v.

**FORKLIFTS UNLIMITED, Employer and Zurich American Insurance Company, Carrier, Respondents.**

Supreme Court of South Carolina.

Feb. 6, 2008.

## ORDER

We granted the petition for a writ of certiorari to review the Court of Appeals' decision in *Alexander v. Forklifts Unlimited*, 365 S.C. 509, 618 S.E.2d 307 (Ct.App.2005). Pursuant to Rule 232, SCACR, the parties have submitted a settlement agreement to this Court. After careful consideration, we accept the proposed agreement. In addition, we hereby vacate the Court of Appeals' published opinion in this matter.

JEAN H. TOAL, C.J., JAMES E. MOORE, JOHN H. WALLER, JR., and COSTA M. PLEICONES, JJ., and R. FERRELL COTHRAN, JR., A.J.